JOHN WELCH, Respondent, *v.* WATERBURY COMPANY, Appellant.

*Welch* v. *Waterbury Co.*, 159 App. Div. 509, affirmed.
(Argued December 9, 1915; decided January 18, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 11, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The complaint alleged that plaintiff while proceeding along a passageway between machines slipped on an accumulation of grease and oil and throwing out his hand to save himself, his fingers were caught in unguarded cogwheels of one of the machines.

*Charles Capron Marsh* and *Edgar Armstrong Hamilton* for appellant.

*Martin T. Manton* and *William H. Griffin* for respondent.

Judgment affirmed, with costs, under section 1317 of the Code of Civil Procedure; no opinion.

Concur: HISCOCK, CHASE, HOGAN and SEABURY, JJ. Dissenting: WILLARD BARTLETT, Ch. J., COLLIN and POUND, JJ.